**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Miguel Angel HUERTA, a.k.a. Miguel Angel Estrada, Defendant– Appellant.**

**No. 09–14439 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

May 27, 2010.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Before EDMONDSON, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Miguel Angel Huerta appeals his 15–month low-end guideline sentence, after pleading guilty to illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a) and (b)(1). Huerta concedes that *Vega–Castillo* * forecloses his argument that the district court should have considered sen-

---

* *United States v. Vega–Castillo,* 540 F.3d 1235 (11th Cir.), *rehearing en banc denied,* 548 F.3d

tencing disparities between fast-track and non-fast-track districts when it imposed his sentence. He nevertheless submits that we wrongly decided *Vega–Castillo* and asks us to reconsider it en banc.

We review *de novo* the district court's application and interpretation of the sentencing guidelines. *United States v. Wilks,* 464 F.3d 1240, 1242 (11th Cir.2006). Under our prior precedent rule, a panel of this Court is bound to follow a prior binding precedent, "unless and until it is overruled by this court en banc or by the Supreme Court." *United States v. Brown,* 342 F.3d 1245, 1246 (11th Cir.2003).

Because as a panel we are bound by *Vega–Castillo,* we affirm.

**AFFIRMED.**

---

980 (11th Cir.2008), *cert denied,* —— U.S. ——, 129 S.Ct. 2825, 174 L.Ed.2d 556 (2009).